UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUSTY L. BARTLETT,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

CASE NO. C13-5680 BHS

ORDER GRANTING PETITIONER'S MOTION FOR A STATUS REPORT

      This matter comes before the Court on Petitioner Dusty L. Bartlett's ("Bartlett") motion for a status report or hearing (Dkt. 6). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby grants the motion by providing a status report herein.

      On August 9, 2013, Bartlett filed a § 2255 motion, which was set for consideration by the Court on October 9, 2013. Dkt. 1. On November 4, 2014, the Court issued an order denying Bartlett's motion. Dkt. 3. On the same day, judgment was entered, and the Court mailed Bartlett a copy of the order and the judgment to the address then on file with the Court. Dkts. 3 and 4. The Court has no record of either document being returned by the U.S. Postal Service from Bartlett's prior address.

ORDER - 1

1     On March 31, 2014, the Court received a notice of a change of address from

2 Bartlett dated March 21, 2014, which lists his current address. Dkt. 5. On March 31,

3 2014, the Court also received the instant motion for a status report or hearing on his §

4 2255 petition, which he apparently believes is still "pending before th[is] Court." Dkt. 6

5 at 1. In his motion, he also seeks to have counsel appointed. *Id*. at 2.

6     Although neither the Court's order denying his § 2255 petition nor the judgment

7 was returned by the U.S. Postal Service, Bartlett appears to be unaware of the outcome of

8 his case. Therefore, the Court provides this order as well as a copy of both the prior order

9 denying Bartlett's petition, and the judgment, in response to his request for a status

10 report. The Clerk is directed to mail all three documents to Bartlett's updated address.

11 This case remains closed. Therefore, Bartlett's request for counsel is moot.

12     **IT IS SO ORDERED.**

13     Dated this 17th day of April, 2014.

                                          BENJAMIN H. SETTLE
                                          United States District Judge